real issue in the case was whether the note was given for a good consideration, to-wit., for moneys owing from the maker of the note to her; and we think that her right to recover on the note cannot be affected, even if she knew the effect of taking the note and mortgage to secure the same would be to take property that would have gone to other creditors if she had not secured or enforced her claim.

C. B. Matthews, for plaintiff in error.

C. W. Baker, *contra.*

---

## PLEADING AND PRACTICE.

[Hamilton Circuit Court, 1899.]

Hale, Marvin, and Caldwell, JJ.

**(Of the Eighth Circuit, sitting in First Circuit.)**

SMITH v. MORRIS.

ERROR to the Court of Common Pleas of Cuyahoga county.

PER CURIAM.

The power to strike a frivolous answer from the files is inherent in the court.

---

## JUDGMENTS—PRACTICE.

[Hamilton Circuit Court, 1899.]

Hale, Marvin, and Caldwell, JJ.

**(Of the Eighth Circuit, sitting in First Circuit.)**

GEBAUR v. VESPER.

PER CURIAM.

A judgment by the court without the intervention of a jury is to be treated, on review as to weight of evidence, according to the same rules that apply to a verdict by a jury—that is, the judgment cannot be reversed unless manifestly against the weight of the evidence.